UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| LOGAN S. EDWARDS, III, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> STEVEN KALLIS, ) <br> ) <br> Respondent. ) | No. 2:22-cv-00179-JMS-MJD |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. Petitioner Logan S. Edwards, III's petition for writ of habeas corpus is dismissed for lack of subject matter jurisdiction.

Date: 12/11/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court
By: _____
Deputy Clerk

Distribution:

LOGAN S. EDWARDS, III
05800-028
TERRE HAUTE – USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

All Electronically Registered Counsel